**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ALMY,

    Plaintiff,

v.

JAMES DZURENDA et al.,

    Defendants.

3:17-cv-00045-MMD-WGC

**ORDER**

## I. DISCUSSION

On January 24, 2017, Plaintiff filed an application to proceed *in forma pauperis* for prisoners and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). In September 2017, Plaintiff was released from prison. (*See* ECF No. 4). Plaintiff now asserts that he is no longer subject to the filing fee or screening process because he is no longer incarcerated. (*Id.* at 1). Plaintiff seeks to proceed with pre-trial discovery. (*Id.*)

The Court acknowledges that Plaintiff is no longer subject to the screening requirements of 28 U.S.C. § 1915A because Plaintiff is no longer a "prisoner" within the meaning of the statute. *See* 28 U.S.C. § 1915A(a), (c). However, Plaintiff is subject to the screening requirement under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Under § 1915(e)(2)(B)(i)-(iii), "the court shall dismiss the case at any time if the court determines that . . . the action or appeal (i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." This provision applies to all actions filed *in forma pauperis*, whether or not the plaintiff is incarcerated. *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000); *see also Calhoun v. Stahl*, 254 F.3d 845 (9th Cir. 2001) (per curiam).

As such, even though Plaintiff is no longer incarcerated, the Court must screen Plaintiff's complaint under § 1915(e)(2) because Plaintiff seeks to proceed *in forma pauperis* in this action. Plaintiff may remove himself from the screening process in this case if he pays the $400 filing fee for initiating this civil action.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that, if Plaintiff seeks to remove this case from screening, he shall pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff chooses not to pay the $400 filing fee, the Court will screen Plaintiff's civil rights complaint in due course. Due to the Court's caseload, the screening process may take several months.

DATED: This  2nd   day of October, 2017.

_____
United States Magistrate Judge